WILLIAM H. HUNT et al., Appellants, *v.* WILLIAM L.
TULLER et al., Respondents, and CORA L. WELSH et al.,
Appellants, Impleaded with Others.

(Argued January 22, 1936; decided March 3, 1936.)

*H. H. Snedeker* for plaintiffs, appellants.

*Francis S. Stickle* for defendants, appellants.

*Robert P. Smith* for William L. Tuller et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.